**Order entered October 16, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00942-CV

**JEFFREY LYNCH, THE MCKINNEY DENTIST, AND
MATTHEW MARKHAM, D.D.S., Appellants**

**V.**

**MICHAEL BELL AND LISA ANN BELL, Appellees**

**On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause No. 199-03485-2016**

## ORDER

Before the Court is the October 12, 2017 unopposed motion of appellant Matthew Markham, D.D.S., for an extension of time to file a brief. We **GRANT** the motion and extend the time to October 27, 2017. We caution appellant that further extension requests in this accelerated appeal will be disfavored.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE